UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                    Case No. 2:03-cr-90-FTM-29SPC

JAMIE LEON JOHNSON
_____

**OPINION AND ORDER**

This matter is before the Court on a Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #68), filed on November 3, 2011. Deemed included in the Joint Stipulation is defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines. Defendant seeks a reduction in his sentence in light of Amendment 750 to the United States Sentencing Guidelines, and this is not opposed by the United States. The Court entered an Order (Doc. #69) rejecting the joint stipulation as to the length of sentence, and invited defendant to file additional factual arguments. Defendant filed Responses (Docs. ## 70, 71) on November 9, 2011.

The Court has already found that defendant is eligible for a reduction of his term of imprisonment under Amendment 750. The Court has reviewed the original Presentence Report and the supplemental Memorandum from the U.S. Probation Office, as well as the information provided by defendant. The Court rejects the recommended sentence in the Joint Stipulation. Even after the

reduction of sentence under Amendment 706, defendant continued to commit disciplinary infractions, receiving two more violations to add to his prior seven violations.  Under all the circumstances in this case, the Court finds that a sentence in the mid-range is sufficient but not greater than necessary.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1.  The Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines (Doc. #68) is deemed to include defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines.

2.  Defendant's Motion for a Reduction of Sentence pursuant to Amendment 750 of the U.S. Sentencing Guidelines is **GRANTED IN PART AND DENIED IN PART** as set forth below.

3.   The Clerk of the Court shall enter a Third Amended Judgment reducing the sentence imposed to ninety-four (94) months imprisonment or time served, whichever is longer, and otherwise leaving all other components of the sentence as originally imposed. This Opinion and Order and the amended Judgment is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(c) which provides that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

4.   The release of defendant pursuant to this Opinion and Order and amended Judgment shall be stayed for **ten** calendar days measured from the date of the filing of the amended Judgment, or until such time as the Bureau of Prisons has completed the release

preparations, whichever is sooner.

**DONE AND ORDERED** at Fort Myers, Florida, this __10th__ day of November, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
U.S. Probation
U.S. Marshal
DCCD